RECEIVED

SEP 1 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **ROBERT DAVID TATE** | **CIVIL ACTION NO. 5:13-cv-1253** |
| **LA. DOC #419941** | **SECTION P** |
| VS. | **JUDGE STAGG** |
| **JAMES LEBLANC, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion, [doc. # 114], be **GRANTED IN PART**, and that Plaintiff's claims against Defendant LeBlanc be **DISMISSED**, with prejudice, in their entirety.

**IT IS FURTHER ORDERED** that Defendants' Motion, [doc. # 114], be **GRANTED IN PART**, and that Plaintiff's claim for monetary damages against all Defendants in their official capacities be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' Motion, [doc. # 114], be otherwise **DENIED**.

THUS DONE AND SIGNED this 16th day of September, 2014, in Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE