# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

ROBERT DAVID TATE                                  CIVIL ACTION NO. 13-1253-P

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

JAMES LEBLANC, ET AL.                              MAGISTRATE JUDGE HAYES

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED ADJUDGED AND DECREED** that Plaintiff's Motion for Preliminary Injunction, [Record Document 140], is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17th day of November 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE